IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Lavage,<br>　　　　Plaintiff<br><br>v.<br><br>NCO Financial Systems, Inc.,<br>　　　　Defendant | Docket 3:10-cv-351-ARC<br><br>(JUDGE A. RICHARD CAPUTO)<br><br><br><br>FILED ELECTRONICALLY |

## ORDER

NOW, this 31st day of March, 2010, counsel having reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated. If no party moves to reinstate the action within that time period, this dismissal shall automatically be deemed to be a dismissal with prejudice thereafter.

　　　　　　　　　　　　　　　　　*/s/ A. Richard Caputo*
　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　United States District Judge